■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GARCIA, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Rotker, J.), imposed May 21, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1; *see also, People v Moissett,* 76 NY2d 909). Mangano, P. J., Thompson, Sullivan, Eiber and Ritter, JJ., concur.